1  Ramon Rossi Lopez - rlopez@lopezmchugh.com
   (California Bar Number 86361; admitted *pro hac vice*)
2  Lopez McHugh LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, California  92660
   949-812-5771
4
   Mark S. O'Connor (011029) – mark.oconnor@gknet.com
5  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
6  Phoenix, Arizona  85016-9225
   602-530-8000
7
   *Co-Lead/Liaison Counsel for Plaintiffs*
8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF ARIZONA

11 | In Re Bard IVC Filters Products | No. MD-15-02641-PHX-DGC
   | Liability Litigation            |
12 |                                 | **JOINT STIPULATION ON MOTION *IN LIMINE***
13 |                                 |
   |                                 | (Assigned to the Honorable David G.
14 |                                 | Campbell)
15 |                                 | (Oral Argument Requested)

16

17              **JOINT STIPULATION ON MOTIONS IN *LIMINE***

18       The parties have reached a stipulation and agreement regarding several issues that

19 would otherwise be the subject of a motion *in limine*. The parties stipulate that they are

20 prohibited from making any reference or argument, or adducing any evidence or

21 attempting to elicit any evidence in front of the jury suggesting and/or concerning the

22 following topics, unless the issue is first raised with the Court outside the presence of the

23 jury:

24       1. Domestic violence charges, allegations or evidence related to the domestic

25 violence incident;

26       2. Abortions or healthcare services related to Plaintiff's pregnancies;

27       3. Plaintiff conceiving child out of wedlock;

28       4. Whether a venereal disease was the cause of Plaintiff's cervical cancer;

   5. A misdemeanor charge against Plaintiff for leaving her children in a car;

   6. Plaintiff's prior claims from a 1996 auto accident involving a fractured foot and back/neck injuries;

   7. Termination of Plaintiff's employment prior to her open chest surgery;

   8. Plaintiff's relationship with the father of second child while married;

   9. Plaintiff's receipt of compensation from some source other than the damages sought against Defendant. (collateral source);

   10. Advertising by Plaintiff's counsel, Plaintiff's counsel specializing in personal injury and/or products liability litigation, contingency fee agreements, and/or advertising by any counsel nationally for Bard IVC Filter cases and/or any other IVC filter cases;

   11. Other lawsuits or claims against Defendants;

   12. Plaintiff could not pay her medical bills or reference to medical liens due to lack of health insurance/financial resources;

   13. C.R. Bard's 1994 criminal conviction.

  Nothing in this stipulation prohibits any party from raising these issues with the Court outside the presence of the jury, in the event they believe that evidence or events at trial render the topics relevant and admissible.

  RESPECTFULLY SUBMITED this 26th day of January 2018.

          GALLAGHER & KENNEDY, P.A.

          By: s/Mark S. O'Connor
           Mark S. O'Connor
           2575 East Camelback Road
           Phoenix, Arizona 85016-9225

          LOPEZ McHUGH LLP
          Ramon Rossi Lopez (CA Bar No. 86361)
          (admitted *pro hac vice*)
          100 Bayview Circle, Suite 5600
          Newport Beach, California 92660

         *Co-Lead/Liaison Counsel for Plaintiffs*

| | |
|---|---|
| 1 | By: s/Richard B. North, Jr.___ |
| 2 | Richard B. North, Jr. |
| | Georgia Bar No. 545599 |
| 3 | Matthew B. Lerner |
| | Georgia Bar No. 446986 |
| 4 | NELSON MULLINS RILEY & |
| | SCARBOROUGH, LLP |
| 5 | Atlantic Station |
| 6 | 201 17th Street, NW / Suite 1700 |
| | Atlanta, GA 30363 |
| 7 | PH: (404) 322-6000 |
| | FX: (404) 322-6050 |
| 8 | richard.north@nelsonmullins.com |
| 9 | matthew.lerner@nelsonmullins.com |

James R. Condo (#005867)
Amanda Sheridan (#027360)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/Richard B. North, Jr.
Richard B. North, Jr.