IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>_____<br>Sherr-Una Booker, an individual,<br>        Plaintiff,<br>v.<br>C.R. Bard, Inc., a New Jersey Corporation, et al.,<br>        Defendants | No. MDL15-2641-PHX DGC<br><br>**ORDER** |

Upon consideration of the parties' joint stipulation on motions in limine. Doc. 9861.

**IT IS ORDERED** that the parties' joint stipulation on motions in limine (Doc. 9861) is **granted**. The parties are prohibited from making any reference or argument, or adducing any evidence or attempting to elicit any evidence in front of the jury suggesting and/or concerning the following topics, unless the issue is first raised with the Court outside the presence of the jury:

1. Domestic violence charges, allegations or evidence related to the domestic violence incident;

2. Abortions or healthcare services related to Plaintiff's pregnancies;

| | |
|---|---|
| 1 | 3. Plaintiff conceiving a child out of wedlock; |
| 2 | 4. Whether a venereal disease was the cause of Plaintiff's cervical cancer; |
| 3 | 5. A misdemeanor charge against Plaintiff for leaving her children in a car; |
| 4 | 6. Plaintiff's prior claims from a 1996 auto accident involving a fractured |
| 5 | foot and back/neck injuries; |
| 6 | 7. Termination of Plaintiff's employment prior to her open chest surgery; |
| 7 | 8. Plaintiff's relationship with the father of second child while married; |
| 8 | 9. Plaintiff's receipt of compensation from some source other than the |
| 9 | damages sought against Defendant. (collateral source); |
| 10 | |
| 11 | 10. Advertising by Plaintiff's counsel, Plaintiff's counsel specializing in |
| 12 | personal injury and/or products liability litigation, contingency fee agreements, and/or |
| 13 | advertising by any counsel nationally for Bard IVC Filter cases and/or any other IVC |
| 14 | filter cases; |
| 15 | 11. Other lawsuit or claims against Defendants; |
| 16 | 12. Plaintiff could not pay her medical bills or reference to medical liens due |
| 17 | to lack of health insurance/financial resources; |
| 18 | 13. C.R. Bard, Inc.'s 1994 criminal conviction. |
| 19 | Nothing in this stipulation prohibits any party from raising these issues with the |
| 20 | Court outside the presence of the jury, in the event they believe that evidence or events |
| 21 | at trial render the topics relevant and admissible. |
| 22 | Dated this 22nd day of February, 2018. |

_____
David G. Campbell
United States District Judge

- 2 -